UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PHILIPPE FAWZY SALAMA ABTAR GUIRGIS,

Plaintiff,

v.

JUDGMENT
25-cv-05466-OEM

U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.
-------------------------------------------------------X

An Order of the Honorable Orelia E. Merchant, United States District Judge, having been entered on March 30, 2026, dismissing this action for failure to prosecute under Federal Rule of Civil Procedure 41(b); it is

ORDERED and ADJUDGED that this action is dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Dated: Brooklyn, New York
March 30, 2026

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk